■ PHILIP S. SMITH et al., Appellants, v MONRO MUFFLER BRAKE, INC., Respondent. (Appeal No. 2.) [714 NYS2d 248] —Order unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Smith v Monro Muffler Brake* (275 AD2d 1028 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Burns, J.—Settle Record.) Present—Green, J. P., Hayes, Hurlbutt and Kehoe, JJ.